IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-50904
Conference Calendar
_____

RUSSELL EUGENE GALER, II,

                                        Plaintiff-Appellant,

versus

ROBERT A. BROCK, Northern Region Medical
Director, Texas Department of Criminal
Justice; JASON CALHOUN, Dr.; J. LAWSON,
Major; BOYKIN, Captain; GEBERT, Mr.,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-00-CV-223
--------------------
December 13, 2000

Before DAVIS, STEWART, and PARKER, Circuit Judges

PER CURIAM:[*]

       The district court has certified that the captioned appeal

has not been taken in good faith, pursuant to 28 U.S.C.

§ 1915(a)(3) and Fed. R. App. P. 24(a), and that Texas prisoner

Russell Eugene Galer (#315395) should not be allowed to proceed

in forma pauperis ("IFP") on appeal.  Galer has filed a motion to

_____

       [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

proceed IFP on appeal, a pleading which this court construes as a motion challenging the district court's certification decision. Galer does not show why the bad-faith determination was erroneous and has thus failed to satisfy the requirements of <u>Baugh v. Taylor</u>, 117 F.3d 197, 202 (5th Cir. 1997). The appeal is frivolous; the motion for IFP is DENIED; and the appeal is DISMISSED. 5TH CIR. R. 42.2.